AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America | |
| v. | |
| JOHN JOSEPH CLEMENT, | |
| Defendants | |

**FILED**
CLERK, U.S. DISTRICT COURT

04/13/2020

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____ DM_ DEPUTY

Case No.   2:20-mj-01633

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates of February 14, 2019, June 22, 2019, and July 4, 2019, in the county of Los Angeles, in the Central District of California, the defendants violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Transmitting Threatening Communications in Interstate Commerce |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
/s/ Matthew Parker
*Complainant's signature*

_____
MATTHEW PARKER, Special Agent, FBI
*Printed name and title*

Attested to by the applicant by telephone in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date:      04/13/20

_____
*Judge's signature*                              MAA

City and state:   Los Angeles, California

HON. MARIA A. AUDERO, U.S. Mag. Judge
*Printed name and title*

**AFFIDAVIT**

I, MATTHEW PARKER, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1.   This affidavit is made in support of a criminal complaint and arrest warrant against JOHN JOSEPH CLEMENT ("CLEMENT") for violations of 18 U.S.C. § 875(c): Transmitting Threatening Communications in Interstate Commerce.

2.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF AGENT

3.   I am a Special Agent with the Federal Bureau of Investigation (the "FBI"), and have been so employed since February 2001.  I have been assigned to several types of squads over the course of my career, including those responsible for the investigation of organized crime groups and violent crimes.  I am currently assigned to the Violent Crimes Squad and the Long Beach Resident Agency.  As a Special Agent, I have participated in numerous federal and state investigations

involving violent crimes, extortion, child exploitation, kidnapping, rape, murder, murder-for-hire, and fraud.  Through my participation in these investigations, I have debriefed numerous defendants, confidential informants, cooperating sources, and witnesses with personal knowledge regarding various violent crimes.

### III.  SUMMARY OF PROBABLE CAUSE

4.   As set forth below, the FBI is investigating a series of threats made by CLEMENT to a female victim, C.R.  CLEMENT and C.R. were previously in a romantic relationship.  CLEMENT has sent numerous threatening messages to C.R., both through iMessages to C.R.'s cell phone and through email.  Many of the messages were sent while CLEMENT was in California and C.R. was in Guam.  As part of this investigation, law enforcement has reviewed these messages.  These messages, several of which are quoted or described below, include numerous explicit threats from CLEMENT that he intended to harm or kill C.R. and C.R.'s family members.  Other messages from CLEMENT to C.R. include violent and graphic content, such as images of individuals being brutally murdered.

### IV. STATEMENT OF PROBABLE CAUSE

5.   Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A.    Background on the Investigation**

6.   On November 22, 2019, C.R. called the FBI to report that C.R.'s ex-boyfriend, CLEMENT, had been sending

communications to C.R. threatening C.R. and C.R.'s daughter.  At the time, CLEMENT resided in San Pedro, California, and C.R. lived with her daughter in Guam.

        7.   On December 2, 2019, I interviewed C.R. by telephone and she provided the following information:

            a.   Approximately three or four years earlier, C.R. began a romantic relationship with CLEMENT.  As a result of that relationship, they have a two-year old daughter, J.C.  C.R. learned during their relationship that CLEMENT was diagnosed with schizophrenia affective bipolar disorder.  CLEMENT was physically abusive to C.R. but C.R. "swept it under the rug."

            b.   Since 2017, CLEMENT has not been taking his medication and has sent numerous threatening email and text messages to C.R.  CLEMENT was paranoid and accused C.R. of cheating on him with his nephew.  C.R. had not had any such interactions with C.R.'s nephew.  CLEMENT's threats were violent in nature and had included violent threats against their daughter, J.C.

            c.   In 2018, while living in Guam, C.R. obtained a restraining order against CLEMENT.  The restraining order resulted in approximately six months of separation.  When C.R. learned, through CLEMENT's court appearances, that he was getting better she lifted the restraining order.

            d.   In 2019, CLEMENT became paranoid again and began to threaten C.R. and J.C.  The threats included communications that J.C. would pay for C.R.'s actions.  CLEMENT also threatened C.R.'s relatives.  C.R. filed a report on the threats with the

3

local police in Guam.

  e. CLEMENT was last known to be living at Fred Brown Recovery Services in San Pedro, California.  He has communicated that he owns firearms even though he has been convicted of multiple felonies.

  **B. Text Threats**

  8. Special Agent Elizabeth Cardenas searched the contents of C.R's cellular telephone, 671-689-2229 ("C.R.'s Cell Phone"), with C.R.'s consent.  C.R.'s Cell Phone contained approximately 118 chat conversations from the period of November 1, 2015, to December 4, 2019.

  9. Within the chats from C.R.'s Cell Phone, there were several iMessage conversations with a contact stored in C.R.'s Cell Phone as "JOHN CLEMENT."  In C.R.'s Cell Phone, the contact information for "JOHN CLEMENT" was listed as being associated with the following phone numbers:  562-850-6313, 424-703-7105, 520-251-0914, 671-972-5812, and 671-864-9376.  The email addresses listed for the "JOHN CLEMENT" contact in C.R.'s Cell Phone were: jayjay111676@gmail.com, jclement1116@gmail.com, and jayjay111676@icloud.com.

  10. C.R. used C.R.'s Cell Phone to communicate via iMessage with CLEMENT through the phone numbers and emails listed in the "JOHN CLEMENT" contact.  Based on her relationship with CLEMENT, C.R. knew that CLEMENT was the owner and operator of the email accounts and phone numbers stored under the "JOHN CLEMENT" contact.

11.   Prior to December 2019, C.R. resided in Guam and the messages received on her cell phone (i.e., C.R.'s Cell Phone), set forth in this Section, were all received by her in Guam.  In December 2019, C.R. self-surrendered to a federal prison in California to begin serving a federal sentence for attempted possession of methamphetamine in 2016.  As detailed below, the threatening communications from CLEMENT to C.R. have continued via email since that date.

12.   The following are examples of the threatening messages sent by CLEMENT to C.R.:

a.   On February 14, 2019, at 12:06 p.m., C.R.'s Cell Phone received an iMessage from CLEMENT (jayjay111676@icloud.com) containing the text, "I'll come to apra and kill your family."[1] On the same day, at 2:42 p.m., C.R.'s Cell Phone received an iMessage from CLEMENT (jayjay111676@icloud.com) containing the text, "I'll come kill you."

b.   On April 27, 2019, at 2:06 a.m., C.R.'s Cell Phone received an iMessage from CLEMENT (jayjay111676@icloud.com) containing the text, "I'll fucking kill you."  On the same day, at 11:48 AM, C.R.'s Cell Phone received an iMessage from CLEMENT (jayjay111676@icloud.com) containing the text, "I'll kill mom."

c.   On May 18, 2019, at 8:12 a.m., C.R.'s Cell Phone received an iMessage from CLEMENT  (jayjay111676@icloud.com) containing the text, "I'll still beat you in front of Jenny."

_____

[1] Apra Harbor is an area in Guam.

13.   On June 22, 2019, between the times of 9:21 a.m. and
11:23 a.m., C.R.'s Cell Phone received eight iMessages from
CLEMENT (562-850-6313) containing the following text:

   a.   At 9:21 a.m., "I warned you both."

   b.   At 9:21 a.m., "In time, you'll both regret
crossing me."

   c.   At 9:23 a.m., "And your daughter will pay for
your betrayal."

   d.   At 11:13 a.m., "I enjoyed punching the back of
your head."

   e.   At 11:14 a.m., "I'm happy to destroy you cunt."

   f.   At 11:22 a.m., "I pray that stupid cunt daughter
of yours dies."

   g.   At 11:22 a.m., "Even if I go to prison for
killing her."

   h.   At 11:23 a.m., "I love you to watch her get her
head stomped in."

14.   On July 3, 2019, between the times of 12:57 a.m. and
3:24 p.m., C.R.'s Cell Phone received four iMessages from
CLEMENT (562-850-6313) containing the following texts:

   a.   At 12:57 a.m., "and bcz that I pray your not
afforded the opportunity to hold your lifeless daughter before
she's buried."

   b.   At 3:06 p.m., "And one day I'll no longer wrestle
I'll just kill your daughter."

   c.   At 3:22 p.m., "The only way to repay your
betrayal is to target your daughter."

   d. At 3:24 p.m., "Even if im in prison for killing your daughter."

 15. On July 4, 2019, between the times of 8:56 a.m. and 11:44 a.m., C.R.'s Cell Phone received five iMessages from CLEMENT (562-850-6313) containing the following text:

   a. At 8:56 a.m., "I'll kill your whore daughter."

   b. At 8:58 a.m., "I should of just shot you that night I came to Agat."[2]

   c. At 8:58 a.m., "I'll get it done."

   d. At 11:30 a.m., "I'm gonna get another rifle."

   e. At 11:44 a.m., "My goal is an assault rifle."

 16. On July 5, 2019, between the times of 4:20 p.m. and 5:02 p.m., C.R.'s Cell Phone received six iMessages from CLEMENT (562-850-6313) containing the following texts:

   a. At 4:20 p.m., "I pray your daughter dies. By my hands while you're in prison."

   b. At 4:20 p.m., "I pray I brutally murder your daughter."

   c. At 4:21 p.m., "I wish you could hear her terrified screams as she's beaten to death."

   d. At 4:37 p.m., "So one day I'll beat it out of your whore daughter."

   e. At 4:40 p.m., "I'll hurt your daughter for your betrayal."

   f. At 5:02 p.m., "And I'll beat you in front of her before you surrender."

---

[2] Agat is the name of a village in Guam.

17.  On July 7, 2019, at 4:10 a.m., C.R.'s Cell Phone received an iMessage from CLEMENT (562-850-6313) containing the text, "I said I was gonna kill you!"

18.  On July 20, 2019, at 12:59 a.m., C.R.'s Cell Phone received an iMessage from CLEMENT (562-850-6313) containing the text, "Your daughter deserves to watch you be brutally murdered."

19.  On July 21, 2019, at 11:02 p.m., C.R.'s Cell Phone received an iMessage from CLEMENT (562-850-6313) containing the text, "My 45 is stashed so your family will die if they fight."

20.  On November 18, 2019, at 10:20 p.m., C.R.'s Cell Phone, received an iMessage from CLEMENT (424-703-7105), via email to co.reyes520@gmail.com, which is one of C.R.'s email accounts, containing the text, "I'll send pics to her of your daughters head with a hole in it."

**C.   Email Threats**

21.  C.R. also provided consent to the FBI to search and assume control of her other email account, phj.reyes14@gmail.com ("C.R.'s Email Account").  According to C.R., C.R. has used this email account to communicate with CLEMENT.  According to C.R., CLEMENT's contact information is listed in her email account under the contacts "JOHN CLEMENT" and "JAY CLEMENT."

22.  With C.R.'s consent, I searched C.R.'s Email Account. The inbox contains approximately 549 incoming messages from May 28, 2019 to April 11, 2020.  A large majority of the incoming emails are from "JOHN CLEMENT" and "JAY CLEMENT."  The contact information for "JOHN CLEMENT" and "JAY CLEMENT" is merged under

the same contact and is listed under the following email addresses: jayjay111676@gmail.com, jclement1116@gmail.com, and jayjay111676@icloud.com.  The telephone numbers listed for the "JOHN CLEMENT" and "JAY CLEMENT" contact are 562-850-6313, 424-703-7105, 520-251-0914, 671-972-5812, and 671-864-9376.

23.  I reviewed the approximately 5494 emails present on C.R.'s Email Account as of April 11, 2020.[3]  The following are some examples of the threatening messages sent by CLEMENT:

a.  On April 10, 2020, at 11:32 p.m., C.R.'s Email Account received an email from CLEMENT (jayjay111676@gmail.com).  The email, titled "Your lovers FUCKEN pussy and that spic", contains a video attachment titled "RPReplay_Final1586586629.mov."  The video clip is 8 seconds long and shows a bloody body lying face down on the ground.  A handgun is also seen on the right side of the video frame.  The handgun fires twice into the head of the prone body.  The body reacts to the gunfire.

b.  On April 10, 2020, at 8:46 p.m., C.R.'s Email Account received an untitled email from CLEMENT (jclement1116@gmail.com).  The untitled email contains the text message: "You know that song death around the corner by 2Pac ohhhh I'm dedicating that to you and your coward bitch lovers you worthless lowlife back stabbing cunt whore. May [J.C.] watch as your brutally murdered."

---

[3] C.R. responded a few times to his emails with her intentions of not wanting to hear from him any longer.  Her last response to his email communication was on December 24, 2019, at 11:23 p.m.  CLEMENT has continually sent emails to C.R.'s Email Account, including as recently as April 10, 2020.

c.   On April 8, 2020, at 8:14 p.m., C.R.'s Email
Account received an untitled email from CLEMENT
(jayjay111676@gmail.com).  The email contains a video attachment
titled "RPReplay_Final1586401653.mov."  The video clip is 26
seconds long and shows a public execution.  The video depicts a
man with his hands bound behind him on his knees in the middle
of a crowded area outside.  The crowd forms a larger perimeter
circle around the man as other men place the bound man on his
stomach. Another man, with a rifle, stands above and behind the
bound man.  He fires the rifle three times into the back of the
bound man's head.  The bound man's body reacts to the gun fire.

d.   On April 8, 2020, at 2:10 a.m., C.R.'s Email
Account received an email from CLEMENT (jayjay111676@gmail.com).
The email, titled "Screenshot 2020-04-08 at 2.09.37 AM",
contains a photograph of a news article attachment titled
"Screenshot 2020-04-08 at 2.09.37 AM."  The article is further
titled "Long Beach man, 60, stabbed to death following argument,
police say."  The article states that the police are
investigating the fatal stabbing of a man in Long Beach.  The
email contains the text message, "That could be that faggot
coward bitch while walking (Emoji of a dog)."

24.  On April 7, 2020, at 8:06 p.m., C.R.'s Email Account
received an email from CLEMENT (jayjay111676@gmail.com).  The
email, titled "Screenshot 2020-04-07 at 8.04.46 PM", contains a
photograph attachment titled "Screenshot 2020-04-07 at 8.04.46
PM.png."  The photograph shows two images.  The top image shows
a decapitated male body sitting against a wall.  The bottom

image shows a male head placed on top of a countertop.  The
email contains the text message, "What I'd love to do to fucken
pussy."

25.  On April 7, 2020, at 1:59 a.m., C.R.'s Email Account
received an email from CLEMENT (jclement1116@gmail.com).  The
untitled email contains the text message, "There's a video of a
bitch who cheated and her baby daddy shoots her in the head but
it don't show shit so just know I'd love to put your skull and
brains as decoration but prison is more promising for you
whore."

26.     On April 7, 2020, at 1:06 a.m., C.R.'s Email Account
received an email from CLEMENT (jayjay111676@gmail.com) titled
"Your lovers including bitch Niko and fucken pussy."  The email
contains a video attachment titled
"RPReplay_Final1586246619.mov."  The video clip is 15 seconds
long and shows a man kneeling on the ground next to a vehicle.
The man's hands are bound behind his back.  Another man gets
behind the bound man, pushes him the ground, and straddles the
bound man.  The second man cuts the bound man's throat with a
silver knife and continues to move the knife back and forth
across the man's neck making obvious cuts to the bound man's
throat.  Blood flows from the bound man's throat and pools on
the ground.

27.  On April 6, 2020, at 1:51 p.m., C.R.'s Email Account
received an email from CLEMENT (jclement1116@gmail.com).  The
untitled email contains the text message:  "The only reason the
knew to flirt w you was bcz you put it out there with your I'm a

worthless . . . cunt whore but you'll go to prison as a part of
your karma they will die and or watch they piece of shit
children suffer and die. I'm moving forward w my satanist
friend."

28.  On April 5, 2020, at 1:27 p.m., C.R.'s Email Account
received an email from CLEMENT (jayjay111676@gmail.com) titled
"Soon to be Your lovers."  The email contains a video attachment
titled "RPReplay_Final1586118403.mov."  The video clip is 13
seconds long and shows a man sitting in the passenger seat of a
vehicle.  The man is shot several times in the torso.  The video
plays once in real time speed and again in slow motion.

29.  On April 4, 2020, at 11:31 p.m., C.R.'s Email Account
received an email from CLEMENT (jayjay111676@gmail.com) titled
"Soon to be Your lovers."  The email contains a video attachment
titled "RPReplay_Final1586065856.MP4."  The video clip is 19
seconds long and shows an individual screaming while being
burned in a fire.  A gunshot is heard and the individual falls
to the ground in the fire.  The following text message is
contained in the email, "I oray I get to do this to your lovers
one day except the gunshot. Let em burn!!! Even that one who
flirted while you was pregnant."

30.  On April 4, 2020, at 11:30 p.m., C.R.'s Email Account
received an untitled email from CLEMENT
(jayjay111676@gmail.com).  The untitled email contains the link
"hoodsite.com/komodo-dragons-rip-pregnant-deer-to-pieces-snatch-
fetus-straight-from-her-stomach/."  The video clip is 8 minutes
and 7 seconds long and shows komoto dragons eating a deer who is

giving birth.  The following text message is contained in the email, "Some women need this done to them."

31.  On April 2, 2020, at 9:04 p.m., C.R.'s Email Account received an untitled email from CLEMENT (jclement1116@gmail.com).  The untitled email contains the text message: "You know I saw the look on the boys face when you must've been giving the I'm a worthless cunt . . . whore and I wanna suck your dick look and he went and told the one who flirted while you were just pregnant.  Your karma is coming cunt whore but I'm not sure if I have the patience to wait and may just come blow your whore face off."

32.  On April 1, 2020, at 2:17 p.m., C.R.'s Email Account received an untitled email from CLEMENT (jclement1116@gmail.com).  The email contains the text message: "I'm at the store and this lady is w her daughter and I just wanna stab her 100 times bcz it reminds me of you  "

33.  On April 1, 2020, at 11:57 a.m., C.R.'s Email Account received an untitled email from CLEMENT (jclement1116@gmail.com).  The email contains the text message: "I. Got a buddy introduced me to this network. They sell freaking grenades   "

34.  On April 1, 2020, at 9:57 a.m., C.R.'s Email Account received an untitled email from CLEMENT (jclement1116@gmail.com).  The email contains the text message: "Fantastic thing about tracking you down I know my aunt didn't lie to me   Assault can commence at my convenience."

35.  On April 1, 2020, at 2:12 a.m., C.R.'s Email Account received an untitled email from CLEMENT (jayjay111676@gmail.com).  The email contains a video attachment titled, "RPReplay_Final1585731216.mov."  The video clip is 57 seconds long and shows eight scenes of people being shot with firearms at close distance in public.  The following text message is contained in the email: "This how ima do your lovers whore and that spic coward bitch who flirted w you at 2 months pregnant. The last one is that coward bitch chaifagot."

36.  On March 29, 2020, at 8:18 p.m., C.R.'s Email Account received an untitled email from CLEMENT (jclement1116@gmail.com).  The email contains the text message: "Don't worry worthless cunt whore when I do take that whores life I'm not gonna tell you you're a (mouse/rat emoji). I truly do feel like abandoning my plans and killing her tonight though that's (100% emoji). But naw I'll stay the course."

37.  On March 29, 2020, at 7:23 p.m., C.R.'s Email Account received an untitled email from CLEMENT (jclement1116@gmail.com). The email contains the text message: "You laugh. You mocked me. You sit there regal over the details of how your getting fucked and by who with my former staunchest ally. You will be repaid 10 fold with pain and death whore."

38.  On March 29, 2020, at 6:02 p.m., C.R.'s Email Account received an untitled email from CLEMENT (jclement1116@gmail.com). The email contains the text message: "I want to talk shot to Charlie so bad but I have to remind myself...she's being lied to and manipulated by my enemies. And

14

although they are her enemies simply bcz the lie and manipulate
her she's unaware and I can't hold that against her. ALL OF YOU
who've lied manipulated and mistreated my daughters will be
slaughtered by my hand! "

39.  On March 29, 2020, at 5:28 p.m., C.R.'s Email Account
received an untitled email from CLEMENT
(jayjay111676@gmail.com). The email contains the text message:
"I'm feeling fuck the goals I've been working towards go
slaughter that whore and her household tonight!!!    ♂"

40.  On March 29, 2020, at 12:51 a.m., C.R.'s Email Account
received an untitled email from CLEMENT
(jclement1116@gmail.com).  The email contains the text message:
"My bad I'm talking to you like we aren't enemies...FUCK YOU
CUNT WHORE!!! Pray you get raped and die in prison. There back
on track (thumbs up emoji)."

41.  On March 28, 2020, at 2:54 p.m., C.R.'s Email Account
received an untitled email from CLEMENT
(jclement1116@gmail.com).  The email contains the text message:
"It'll never stop cunt whore!!! While your in prison I'll write
you to let you know your worthless and deserve to be in there.
If you get out violence will be waiting for you."

42.  On March 27, 2020, at 3:06 p.m., C.R.'s Email Account
received an untitled email from CLEMENT
(jayjay111676@gmail.com).  The email contains a video attachment
titled, "RPReplay_Final1582336639.mov."  The video clip is 10
seconds long and shows a man and woman standing behind a
vehicle.  The man points a handgun at the woman.  He fires the

15

handgun multiple times and she falls to the ground.  The
following text message is contained in the email:  "One day
that's gonna be Chaifaggot whore mother and me."  A second email
at the same time appears to reference the same video with the
message:  "Quit possibly me walking up to LIZard cunt tramp
whore."

43.  On March 23, 2020, at 1:36 a.m., C.R.'s Email Account
received an untitled email from CLEMENT
(jclement1116@gmail.com).  The email contains the text message:
"It's not a miracle I haven't launched an assault. It's bcz of
[J.C.]. IDK wtf I'd do if I hurt her trying to settle up w other
people. Even if she wasn't hurt she would be terrified by the
methods I'd deploy. I won't risk that. But I swear to you I've
developed other methods that wouldn't endanger her if you two
are there.  ahhh the hatred I have for you and the coward bitch
and his whore wife. I feel like like showing up at whores
nephews houses like the swat team w a death warrant but I have
to be patient to make sure I get as many as I can instead of
just one charge."

44.  On March 20, 2020, at 11:57 p.m., C.R.'s Email Account
received an email from CLEMENT (jayjay111676@gmail.com).  The
email, titled "Your lovers", contains a video attachment titled,
"RPReplay_Final1584773666.MP4" and "100 Yard subsonic Hog Kill."
The video clip is 23 seconds long and shows the point of view of
someone looking into a long-range rifle scope.  The scope cross
hairs are trained on several hogs.  After a countdown on the
film audio, the firearm is fired several times resulting in one

of the hogs beings struck.  At the end of the video, the video is closed out and the wallpaper of lock screen of a cellular telephone is visible.  The wallpaper displays a photograph of a male resembling a California Department of Motor Vehicles photograph of CLEMENT, California Driver's License Number B3228767, date of birth November 16, 1976, 270 W. 14th Street, San Pedro, California 90731.

45.  On March 1, 2020, at 7:00 p.m., C.R.'s Email Account received an untitled email from CLEMENT (jclement1116@gmail.com).  The email contains a photograph of an M-4 carbine rifle with an IJK siting optic and a magazine inserted into the rifle.  The rifle muzzle is balance on a ping pong table while an unidentified male holds the stock of the rifle with his right hand.

46.  On December 27, 2019, at 7:23 p.m., C.R.'s Email Account received an untitled email from CLEMENT (jclement1116@gmail.com).  The email contains the text message: "You think a piece of paper is gonna stop me from going there when your in prison and [J.C.] is there."

**D.  Identification of CLEMENT as the Sender of the Threatening Communications**

47.  In the original FBI notification, C.R. provided the following identifying information for CLEMENT, date of birth November 16, 1976, telephone numbers 424-703-7105, 520-251-0914. C.R. also stated that CLEMENT was last known to be residing at Fred Brown Recovery Services in San Pedro, California.

48.  As set forth above, C.R. identified CLEMENT as the user of the accounts, which were stored in her cell phone and email account described herein that were used to the threatening messages to her accounts.  Notably, the email address names (jayjay111676@gmail.com, jclement1116@gmail.com, and jayjay111676@icloud.com) all contain CLEMENT's first and middle initials, and his date of birth (or partial date of birth), November 16, 1976.

49.  On November 25, 2019, FBI agents conducted searches for a person associated with the information C.R. provided on the LexisNexis Accurint database and the NCIC criminal history database.  Both databases identified CLEMENT as someone with the same name and biographical information, including the birth date of November 16, 1976, that C.R. provided.

50.  On January 14, 2020, law enforcement requested a California Department of Motor Vehicles query for CLEMENT, date of birth November 16, 1976.  The query produced a California Department of Motor Vehicles ("DMV") Driver's License photograph for CLEMENT.  Additionally, the address associated with CLEMENT's DMV Driver's License was the address Fred Brown Recovery Services in San Pedro, California.

51.  On January 14, 2020, C.R. sent a photograph of CLEMENT that was in her possession.  The photograph shows a male sitting in a vehicle with a child on his lap.  I have reviewed the photograph C.R. provided and compared it to the California DMV photograph of CLEMENT.  The male shown in C.R.'s photograph appears to be the same person in the DMV photograph of CLEMENT.

52.  As described above, on March 20, 2020, at 11:57 p.m., C.R. received an email from CLEMENT (jayjay111676@gmail.com). The email contained an attachment of a video played off a cellular telephone.  The sender of the video closed out the video and revealed the wallpaper screen of the cellular telephone.  The wallpaper displays a photograph of a male who resembles the California DMV photograph of CLEMENT and the photograph of CLEMENT sent by C.R. on January 14, 2020.  C.R. also received another email from CLEMENT with a video in which he revealed the wallpaper screen of a cellular telephone with a different photograph of CLEMENT.

**E.   CLEMENT's Criminal History**

53.  On June 7, 2007, CLEMENT was convicted of two counts of Domestic Violence with Injury, in violation of California Penal Code § 273.5(a), and sentenced to terms of five years and two years, respectively.

54.  On September 22, 2005, CLEMENT was convicted of Contempt of Court, in violation of California Penal Code § 166(A)(4), and sentenced to 180 days' jail.

55.  On September 22, 2005, CLEMENT was convicted of Contempt of Court, in violation of California Penal Code § 166(a)(4), and sentenced to 180 days' jail.

56.  On December 17, 2004, CLEMENT was convicted of Terrorist Threats, in violation of California Penal Code § 422, and sentenced to 16 months' prison.

57.  On May 31, 2001, CLEMENT was convicted of Disobeying a Peace Officer, in violation of California Vehicle Code

§ 2800.2(a), and Possession of a Firearm by a Felon, in violation of California Penal Code § 12021(A). CLEMENT received a sentence of 3 years' prison for these offenses.

58. On September 2, 1998, CLEMENT was convicted of Assault with a Deadly Weapon -Discharge Firearm, in violation of California Penal Code § 247(b), and sentenced to three years' prison.

59. On February 26, 1996, CLEMENT was convicted of Battery, in violation of California Penal Code § 242, and sentenced to restitution.

//

//

## V.  <u>CONCLUSION</u>

60.  For all the reasons described above, there is probable
cause to believe that CLEMENT has committed a violation of 18
U.S.C. § 875(c): Transmitting Threatening Communications in
Interstate Commerce.

_____

MATTHEW PARKER,
Special Agent
Federal Bureau of
Investigation

Attested to by the applicant in
accordance with the requirements of
Fed. R. Crim. P. 4.1 by telephone
on this  13th day of  April    ,
2020.

_____

UNITED STATES MAGISTRATE JUDGE  MAA